■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LEROY GREENE, Respondent.— Appeal from an order of the County Court, Kings County, which granted a motion to dismiss an indictment charging respondent with the crimes of possessing a revolver, as a felony and as a misdemeanor (Penal Law, § 1897, subd. 4). Order unanimously affirmed. There is no proof in the record that the crimes were committed within Kings County. Hence, jurisdiction was not established (*People* v. *Di Lorenzo*, 301 N. Y. 374; *People* v. *Fein*, 292 N. Y. 10; *People* v. *Hetenyi*, 277 App. Div. 310, affd. 301 N. Y. 757). Nor is there any proof that the crimes were committed within a "city, village or town of this state". Hence, no violation of subdivision 4 of section 1897 of the Penal Law was established. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.